FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 1 7 2014

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 14-2475 JP |
| vs. | ) | 18 U.S.C. §§ 922(g)(1) and 924(a)(2): |
| | ) | Felon in Possession of Ammunition. |
| NICHOLAS MONDRAGON, | ) | |
| Defendant. | ) | |

INFORMATION

The United States Attorney charges:

On or about February 25, 2014, in San Miguel County, in the District of New Mexico, the defendant, **NICHOLAS MONDRAGON**, having been convicted of the following crimes punishable by imprisonment for a term exceeding one year:

(1) receiving/disposing of stolen property (disposing) over $250;

(2) aggravated assault against a household member;

(3) attempt to commit a felony;

(4) theft/rental property (deception $1,000 - $20,000 attempted); and

(5) theft of government property;

knowingly possessed, in and affecting commerce, ammunition:

(1) twenty (2) rounds of Winchester brand, Hornady .243, 100 gram type ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

1

DAMON P. MARTINEZ
United States Attorney

*for*

WILLIAM J. PFLUGRATH
Assistant United States Attorney
PO Box 607
Albuquerque, NM 87103
(505) 346-7274