

U.S. Department of Justice
United States Attorney
District of New Mexico

Post Office Box 607                505/346-7274
Albuquerque, New Mexico  87103     505/346-7224
                                   FAX 505/346-7296

November 17, 2014

Jason Bowles
315 Fifth Street, NW
Albuquerque, NM 87102

Dr. Mr. Bowles:

    I respectfully request specific information about the agents who enrolled or used Mr. Mondragon as a confidential informant. You said he had been given ammunition and weapons by government agents to serve in an undercover capacity on behalf of government agencies. You said those agencies may have included State of New Mexico Fish and Game, United States Fish and Wildlife, and United States Forest Service.

    As you know, once the State of New Mexico convicted Mr. Mondragron of his first felony crime, he became and still remains a convicted felon who is prohibited from receiving or possessing a firearm or ammunition under federal law. If he were given a firearm or ammunition after the date of that conviction, then the frequency and conditions under which he was given such items may be an equitable consideration for his current charge of felon in possession (14-CR-2475 JP). I will not speculate as to what affect his information may have on his pending charge if he were enlisted as a confidential informant and given prohibited items; however, the United States will not bring additional charges against for such admitted possession so long as the information provided is *absolutely accurate* and *fully complete*. See Kastigar v. United States, 406 U.S. 441 (1972).

    I wish to know the following information soonest to the extent he is able to provide it, and I request you advise him that if he provides false or misleading information in this instance, which is an initiation of an investigation into alleged misconduct by government agents, he may be subject to criminal penalties under 18 U.S.C. § 1001. Please continue sentencing in this case.

- Name of the agents who provided firearms and/or ammunition and the agency;
- What was provided, and whether the items functioned as a firearm or ammo;
- Dates and approximate locations where this occurred;
- Whether given such items as a confidential informant and how much paid; and
- Target or subject who was being investigated.

Sincerely yours,

WILLIAM J. PFLUGRATH
Assistant United States Attorney