# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CR No: | 14-2475 JP | | | USA vs.: | Mondragon | | | |
| Date: | 6/25/15 | | | Name of Deft: | Nicholas Mondragon | | | |
| Before the Honorable: | | James A. Parker | | | | | | |
| Time In/Out: | 3:10pm/3:39pm | | | Total Time in Court (for JS10): | 29 minutes | | | |
| Clerk: | D. MacDonald | | | Court Reporter: | J. DeLaRosa | | | |
| AUSA: | Bill Pflugrath | | | Defendant's Counsel: | Jason Bowles | | | |
| Sentencing in: | ABQ | | | Interpreter: | n/a | | | |
| Convicted on: | x | Plea | | Verdict | | As to: | x Information | Indictment |
| If Plea: | x | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | | |
| If Plea Agreement: | x | Accepted | | Not Accepted | No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | 7/17/14 | | | PSR: | | x Not Disputed | | Disputed |
| PSR: | x | Court Adopts PSR Findings | | Evidentiary Hearing: | | x Not Needed | | Needed |
| Exceptions to PSR: | | | | | | | | |

| **SENTENCE IMPOSED** | Imprisonment (BOP): 12 months plus 1 day | | |
|---|---|---|---|
| Supervised Release: 3 years | Probation: | | 500-Hour Drug Program |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | x | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | |
|---|---|
| x | Not enter any store where sale of firearms or ammunition is a part of the store's business |
| x | Refrain from use/possession of alcohol/intoxicants |
| x | Submit to search of person/property |
| x | Not serve as a guide or ass't guide in any capacity to hunters who possess firearms or ammunition |
| | OTHER: |

| Fine: $ | -0- | | | Restitution: $ | -0- | | |
|---|---|---|---|---|---|---|---|
| SPA: $ | 100 | ($100) as to each Count | | Payment Schedule: | x Due Imm. | | Waived |
| OTHER: | | | | | | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | x | Waived Appeal Rights per Plea Agreement |
| | Held in Custody | x | Voluntary Surrender within 60 days or as otherwise notified by USMS |
| x | Recommended place(s) of incarceration: | | FCI Florence, CO, if eligible |